ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Atlantic Wire & Rigging, Inc. | ) | ASBCA No. 60033 |
| | ) | |
| Under Contract Nos. SPM8EE-10-C-F007 | ) | |
| SPM8E6-11-C-0001 | ) | |
| SPM8EG-11-D-0002 | ) | |

APPEARANCES FOR THE APPELLANT:
Edward J. Kinberg, Esq.
  Widerman Malek, PL
  Melbourne, FL

APPEARANCES FOR THE GOVERNMENT:
Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
John F. Basiak, Jr., Esq.
Keith J. Feigenbaum, Esq.
  Trial Attorneys
  DLA Troop Support
  Philadelphia, PA

ORDER OF DISMISSAL

Pursuant to an alternative dispute resolution proceeding, the appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 23 March 2016

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60033, Appeal of Atlantic Wire & Rigging, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals